AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
10/16/2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

for the

Northern District of California

United States of America
v.
MANAKOTAU MATAELE FINAU

*Defendant(s)*

Case No. 3:26-mj-71360 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Nov. 5, 2024 & Jul. 6, 2026 in the county of Alameda in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count 1: 18 U.S.C. § 1425(a); | Attempted Procurement of Naturalization Contrary to Law |
| Count 2: 18 U.S.C. § 1015(a); and | False Statement Under Oath in any Matter Releating to Naturlization or Citizenship |
| Count 3: 18 U.S.C. § 611(a) | Unlawful Voting by an Alien. |

This criminal complaint is based on these facts:

See attached Affidavit of FBI S/A Ian Sharma-Crawford

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

IAN SHARMA-CRAWFORD, FBI S/A
*Printed name and title*

Approved as to form October 16, 2026
SAUSA *Roger Dinh*

Sworn to before me by telephone.

*Judge's signature*

Date: 10/16/2026

City and state: San Francisco, CA

Hon. ALEX G. TSE, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION**
**FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Ian Sharma-Crawford, a Special Agent with the Federal Bureau of Investigation, having been duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application under Rules 3, 4, and 4.1 of the Federal Rules of Criminal Procedure for an arrest warrant and criminal complaint charging MANAKOTAU MATAELE FINAU ("FINAU") with:

Count One: attempted procurement of naturalization contrary to law, in violation of 18 U.S.C. § 1425(a), occurring on or about July 6, 2026, in the Northern District of California and elsewhere;

Count Two: false statement under oath in any matter relating to naturalization or citizenship, in violation of 18 U.S.C. § 1015(a), occurring on or about July 6, 2026, in the Northern District of California and elsewhere; and

Count Three: unlawful voting by an alien, in violation of 18 U.S.C. § 611(a), occurring on or November 5, 2024, in the Northern District of California and elsewhere.

## SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Task Force Officers, Special Agents, and law enforcement officers) are referenced in this affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this affidavit, such information is also described in sum and substance and in relevant part.

3. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included every fact known

to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

## AFFIANT BACKGROUND

4. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since February 2023. I am currently assigned to the FBI San Francisco Division.

5. While assigned to FBI San Francisco, I have been substantially involved in investigations related to civil rights offenses, public corruption offenses, environmental crimes, violent crimes against children, and violent gangs. In order to become a Special Agent, I underwent approximately 20 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various topics including writing affidavits for and executing search warrants, interviewing witnesses and subjects, conducting physical surveillance, working with informants, legal procedure and process, preparing subpoenas, analyzing the data received from search warrants and subpoenas, and substantive training on federal laws.

6. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). That is, I am empowered by statute to conduct investigations of—and to execute warrants and make arrests for—violations of federal law.

## APPLICABLE STATUTES

7. Under 18 U.S.C. § 1425(a), in relevant part, it is unlawful for any person to "knowingly procure[] or attempt[] to procure, contrary to law, the naturalization of any person, or documentary or other evidence of naturalization or of citizenship."

8. Under 18 U.S.C. § 1015(a), in relevant part, it is unlawful for any person to "knowingly make[] any false statement under oath, in any case, proceeding, or matter relating to, or under, or by virtue of any law of the United States relating to naturalization, citizenship, or registry of aliens."

9. Under 18 U.S.C. § 611(a), in relevant part, it is "unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the United States office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner."

## STATEMENT OF PROBABLE CAUSE

10. Based on the information below, there is probable cause to believe that FINAU made false statements attempting to procure United States citizenship, in violation of both 18 U.S.C. §§ 1425(a) and 1015(a); and voted in a federal election while not a United States citizen, in violation of 18 U.S.C. § 611(a).

### Background and Nationality

11. FINAU is currently a resident of Hayward, California, and an alien in the United States and a Tongan national.

12. On or about August 15, 1969, FINAU's legal status was adjusted to that of a Legal Permanent Resident ("LPR") of the United States.

### Voter Registration and Voting

13. On or about November 3, 2024, FINAU submitted an electronic California Voter Registration, in which he marked in the box indicating "I am a U.S. Citizen" and declared under penalty of perjury that "I am a U.S. citizen… [and] I understand that it is a crime to intentionally provide incorrect information on this form."



I declare under penalty of perjury under the laws of the State of California that:
- I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day.
- I am not currently in a state or federal prison or on parole for the conviction of a felony.
- I am not currently found mentally incompetent to vote by a court.
- I understand that it is a crime to intentionally provide incorrect information on this form.
- The information on this form is true and correct.

SIGNATURE

65DB875109

11/3/2024

DATE

14. On or about November 4, 2024, FINAU submitted a Conditional/Provisional Ballot/Voter Registration form, in which he marked the box indicting, “I am a U.S. citizen and resident of California,” and affixed his signature to the form.




15. On or about November 5, 2024, FINAU voted in the General Election, held with the purpose of electing, in part, a candidate for the office of United States President and Vice President, a candidate for Member of the United States Senate, and/or candidates for Member of the United States House of Representatives.

**Naturalization Application**

16. On or about July 6, 2026, FINAU submitted an Application for Naturalization (a Form “N-400”) to U.S. Citizenship and Immigration Services (“USCIS”). He signed the N-400 on or about June 25, 2026.

17. In the N-400 at Question 2.9, FINAU stated that his “Country of Citizenship or Nationality” was “Tonga.”

18. To the N-400’s Question 9.1 of whether he has “ever claimed to be a U.S. Citizen (in writing or any other way),” FINAU marked “No.”

19. To the N-400’s Question 9.2 of whether he has “ever registered to vote or voted in any federal, state of local election in United States,” FINAU marked “No.”

///

///

///

///

20. FINAU submitted the N-400, signed and certified that all his responses on the N-400 were "complete, true, and correct" under penalty of perjury in Section 11.4. His signature indicated he signed the N-400 on or about June 25, 2026.

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable)

Date of Signature (mm/dd/yyyy) 6.25.26

21. On or about September 28, 2026, FINAU was interviewed by a USCIS officer. In that interview, FINAU swore under penalty of perjury once more that he "knows the contents of this Form N-400, Application for Naturalization… are complete, true, and correct." At that interview, FINAU affixed his signature to above affirmation.

# N-400 Attestation

I swear *(affirm)* and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form N-400, Application for Naturalization, subscribed by me, including the corrections displayed above, are complete, true, and correct. The evidence submitted by me on numbered pages 1 through 0, are complete, true, and correct.

# Interview Signature

Applicant's Signature

Monday September 28, 2026 07:41 AM (PDT)
Applicant

22. FINAU has never been a U.S. Citizen or a Naturalized Citizen of the United States.

## CONCLUSION

23. Based on my training and experience, and the facts and circumstances set forth above, probable cause exists to believe that:

Count One: on or about July 6, 2026, in the Northern District of California and elsewhere, FINAU attempted to procure naturalization contrary to law, in violation of 18 U.S.C. § 1425(a);

Count Two: on or about July 6, 2026, in the Northern District of California and elsewhere, FINAU made a false statement under oath in any matter relating to naturalization or citizenship, in violation of 18 U.S.C. § 1015(a); and

Count Three: on or about November 5, 2024, in the Northern District of California and elsewhere, FINAU unlawfully voted while being an alien, in violation of 18 U.S.C. § 611(a).

24. Accordingly, I respectfully request that the Court issue a criminal complaint and warrant for her arrest.

25. I further request, in order to avoid FINAU from destroying evidence, fleeing, or otherwise impeding my investigation prior to the execution of the arrest warrant, and for the safety of agents and officers, that this affidavit, and the corresponding complaint and arrest warrant, be filed under seal until execution of the arrest warrant, except that copies should be made available to the United States Attorney's Office, the FBI, DHS, and other law enforcement

agencies, including foreign law enforcement agencies, as necessary for use in investigation, prosecution, and extradition.

26. A sealing motion and proposed sealing order are submitted herewith for the Court's consideration.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

*/s/ Ian Sharma-Crawford*
IAN SHARMA-CRAWFORD
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 16 day of October 2026. This complaint and warrant are to be filed under seal.

HONORABLE ALEX G. TSE
United States Magistrate Judge